UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian Prucker,<br><br>    Plaintiff<br><br>v.<br><br>Town of Wales, Wales Building Department, Wales Conservation Commission, Norma Thompson & William Cantell,<br><br>    Defendants | DOCKET NO.:  1:20-cv-11917 |

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioners, Town of Wales, Wales Building Department, Wales Conservation Commission, Norma Thompson & William Cantell respectfully petition this Court for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for Hampden County, and for their Notice of Removal state as follows:

1.  The Town of Wales, Wales Building Department, Wales Conservation Commission, Norma Thompson & William Cantell are named as defendants by the plaintiff, Brian Prucker, in a civil action filed in the Superior Court of the Commonwealth of Massachusetts in and for Hampden County, entitled <u>Brian Prucker vs. Town of Wales, et al</u>. Hampden Superior Court, C.A. No. 2079CV00496. On October 6, 2020, the defendant, Town of Wales received a copy

of plaintiff's Complaint. A copy of the Complaint is attached hereto as Exhibit "A." The Complaint has not yet been served on the individual defendants and the defendants have not yet Answered plaintiff's Complaint.

2. This is a suit of a wholly civil nature brought in a Massachusetts state court. The action is pending in Hampden County, Massachusetts, and, accordingly, under 28 U.S.C. §§ 101 & 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3. In this action, the plaintiff alleges, among other things, that the defendants violated his federal civil rights.

4. In Counts III & IV of his Complaint, the plaintiff seeks recovery against the defendants under 42 U.S.C. § 1983.

5. Because this case involves claims for relief brought under federal law, the District Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

6. The defendants are filing this Notice within thirty days of receipt of a copy of the Complaint, within thirty days of the date this case became removable, and within the statutory time period for filing this petition. See 28 U.S.C. § 1446.

7. The defendants will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Hampden.

8. Pursuant to Local Rule 81.1(a), the petitioners shall request of the Clerk of the Superior Court of Massachusetts, County of Hampden, certified or attested copies of all records and proceedings in the state court and certified or attested copies of

all docket entries therein, and shall file the same with this Court within thirty days after the filing of this Notice of Removal.

9. Consent to remove has been obtained from all defendants named in this action.

WHEREFORE, the petitioners, Town of Wales, Wales Building Department, Wales Conservation Commission, Norma Thompson & William Cantell pray that the above action now pending in the Superior Court of the Commonwealth of Massachusetts in and for Hampden County be removed from that Court to this United States District Court.

> Respectfully submitted,
> The Defendants,
> Town of Wales,
> Wales Conservation Commission,
> Wales Building Department,
> Norma Thompson &
> William Cantell
> By their Attorneys,
>
> **PIERCE, DAVIS & PERRITANO, LLP**
>
> */s/ Jason W. Crotty*
> _____
> Jason W. Crotty, BBO #656313
> 10 Post Office Square, Suite 1100
> Boston, MA 02109
> (617) 350-0950
> jcrotty@piercedavis.com

### **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on October 25, 2020.

> */s/ Jason W. Crotty*
> _____
> Jason W. Crotty